| Attorney or Party without Attorney: | | |
|---|---|---|
| Jonathan A. Dessaules<br>DESSAULES LAW GROUP<br>5353 N 16th Street, Suite 110<br>Phoenix, AZ 85016<br>TELEPHONE No.: (602) 274-5400 | | |
| Attorney for: Plaintiff(s) Eileen Carr, et al. | Ref No. or File No.:<br>GCU/CARR | |

Insert name of Court, and Judicial District and Branch Court:
In UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF ARIZONA

Petitioner: EILEEN CARR, ET AL
Respondent: GRAND CANYON UNIVERSITY, INC., ET AL

| CERTIFICATE OF SERVICE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:19-cv-05214-MTL |
|---|---|---|---|---|

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct. At the time of service I was at least 18 years of age and authorized to serve process in this case.

I served copies of the Summons in a Civil Action; Complaint; Demand for Jury Trial; Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction; Notice to Parties - Mandatory Initial Discovery Pilot Project; General Order 17-08; Civil Cover Sheet

a. Party served       Grand Canyon Education, Inc. dba Grand Canyon University c/o Corporation Service Company, Statutory Agent

b. Person Served      Brooklyn Vandeventer - Service of Process Coordinator
   Age: 18 - 25 yrs. Race: Caucasian Sex: Female Eyes:  Height: 5'1 - 5'6  Weight: 201-220 lbs. Hair: Brown

Address where served: 8825 N 23rd Ave Ste 100
                      Phoenix, AZ 85021-4148

5. I served the party
   a. I personally delivered the documents to the party or person authorized to
      receive service of process for the party (1) on: 9/23/2019    (2) at: 10:20 AM

Person who served papers:

NATIONWIDE LEGAL
Name: Richard F. Acree
County of Maricopa, MC-5966
3150 N. 24TH STREET, D-104
Phoenix, AZ 85016
(602) 256.9700
www.nationwideasap.com

The fee for service was: $ 40.00

Date: September 24, 2019

(Richard F. Acree)

AZ171378

---

AZ171378.GCU/CARR
**CERTIFICATE OF SERVICE**