Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Derin B. Dickerson (admitted pro hac vice)
Katie Jo Luningham (pro hac vice application forthcoming)
Telephone: 404-881-7000
Facsimile: 404-253-8169
derin.dickerson@alston.com
katie.jo.luningham@alston.com

SCHERN RICHARDSON FINTER, PLC
Michael A. Schern #022996
Yusra B. Bokhari #029376
1640 S. Stapley Drive, Suite 132
Mesa, Arizona 85204
Email: courtdocs@srflawfirm.com
Tel: (480) 632-1929

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Eileen Carr, Samuel Stanton, Jane Doe I, Jane Doe II, and Jane Doe III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Grand Canyon University. Inc., and Grand Canyon Education, Inc. d/b/a Grand Canyon University,<br><br>Defendants. | No. 2:19-cv-05214-MTL<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Grand Canyon University. Inc., and Grand Canyon Education, Inc. in compliance with the provisions of: *(check one)*

- ✓ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
- ____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
- ____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing parties hereby declare as follows:**

- ✓ No such corporation.
- ____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

  _____Relationship_____
- ____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

  _____Relationship_____
- ____ Other(please explain)

  _____
  _____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 21st day of October, 2019.

                                        ALSTON & BIRD, LLP

                                        By: /s/ Derin B. Dickerson
                                            Derin B. Dickerson (admitted pro hac vice)
                                            Katie Jo Luningham (pro hac vice application forthcoming)

                                        SCHERN RICHARDSON FINTER, PLC
                                          Michael A. Schern #022996
                                          Yusra B. Bokhari #029376

                                        *Attorneys for Defendants*

ORIGINAL of the foregoing electronically filed this 21st day of October, 2019, with:

Clerk of the United States District Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

Jonathan A. Dessaules
David E. Wood
Ashley C. Hill
DESSAULES LAW GROUP
5353 N. 16th Street., Suite 110
Phoenix, Arizona 85016
jdessaules@dessauleslaw.com
dwood@dessauleslaw.com
ahill@dessauleslaw.com

E. Adam Webb
G. Franklin Lemond, Jr.
WEBB, KLASE & LEMOND, LLC
1900 The Exchange, S.E., Suite 480
Atlanta, Georgia 30339
Adam@WebbLLC.com
Franklin@WebbLLC.com


  /s/    Ronnie Taxin