E. Adam Webb
G. Franklin Lemond, Jr.
**WEBB, KLASE & LEMOND, LLC**
1900 The Exchange, S.E., Suite 480
Atlanta, Georgia 30339
Tel: 770-444-9325
Fax: 770-217-9950
Adam@WebbLLC.com
Franklin@WebbLLC.com

(Admitted *Pro Hac Vice*)

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Eileen Carr, Samuel Stanton, Jane Doe I, Jane Doe II, and Jane Doe III, on behalf of themselves and all others similarly situated, | No. CV19-05214-PHX-MTL |
| Plaintiffs, | |
| vs. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Grand Canyon University, Inc., and Grand Canyon Education, Inc. d/b/a Grand Canyon University, | |
| Defendants. | |

COME NOW Plaintiffs Eileen Carr, Samuel Stanton, Jane Doe I, Jane Doe II, and Jane Doe III and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss this action without prejudice.

DATED this 18th day of December, 2019.

          WEBB, KLASE & LEMOND, LLC

          */s/ E. Adam Webb*
          E. Adam Webb
          G. Franklin Lemond, Jr.

          1900 The Exchange, S.E.
          Suite 480
          Atlanta, Georgia 30339
          (770) 444-9325
          (770) 217-9950 (fax)
          Adam@WebbLLC.com
          Franklin@WebbLLC.com

          (Admitted *Pro Hac Vice*)

          *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of December, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ G. Franklin Lemond, Jr.*
G. Franklin Lemond, Jr.
